# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　Vs.<br><br><br>BRIAN W. KAPCZYNSKI,<br>　　　　Defendant. | )<br>)<br>)<br>)　　1:CV-04-1396<br>)<br>)<br>)<br>) |

## O R D E R

**AND NOW**, this  24th  day of  July , 2007, upon consideration of the Motion of the United States and pursuant to Federal Rules of Civil Procedure 37(a):

**IT IS ORDERED** that Defendant, **BRIAN W. KAPCZYNSKI**, serve on Plaintiff answers to the Plaintiff's written interrogatories within thirty (30) days after service of this Order, by mailing same to: United States Attorney's Office, Wm. J. Nealon Federal Building and Courthouse, Washington and Linden, Scranton, PA 18501.

　　　　　　　　　　　　　　　　s/ Yvette Kane
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　YVETTE KANE
　　　　　　　　　　　　　　　　U.S. District Court Judge